```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1/3/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CARMEN TAVAREZ-VARGAS**, *individually, and on behalf of all others similarly situated*,

        **Plaintiff,**

-against-

**VIBRAM COMMERCE LLC,**

        **Defendant.**

**21-cv-10609 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   January 3, 2022
           New York, New York

*/s/ Andrew L. Carter, Jr.*

          **ANDREW L. CARTER, JR.**
          **United States District Judge**